IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VANDERBILT UNIVERSITY,<br>FOR VANDERBILT UNIVERSITY<br>HEALTH BENEFIT PLAN,<br><br>Plaintiff,<br><br>v.<br><br>KATHY PESAK and Husband,<br>ROBERT PESAK, and LARRY D.<br>ASHWORTH, Attorney at Law,<br>as a Nominal Stakeholder,<br><br>Defendants. | No. 3:08:1132<br>Judge Nixon<br>Magistrate Judge Brown |

## ORDER

A final pretrial conference is presently scheduled in this case for February 4, 2011 at 10:00 a.m., and a jury trial has been scheduled for February 15, 2011 at 9:00 a.m. Both parties have filed motions for summary judgment (Doc. Nos. 51 & 52) as well as responsive briefs. The pretrial conference and jury trial are hereby **POSTPONED** pending the resolution of the motions for summary judgment. The Court now **SCHEDULES** a hearing on February 4, 2011, at 10:00 a.m., at which the parties may present oral argument on their motions for summary judgment.

It is so ORDERED.

Entered this the 20 day of January, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT